IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　No. 17-cr-30143-DRH-1

**GARY C. DAVIDSON,**

**Defendant.**

### MEMORANDUM & ORDER

**HERNDON, District Judge:**

This matter was referred to United States Magistrate Judge Donald G. Wilkerson for the specific purpose of conducting a change of plea for the defendant, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2), and Defendant Davidson's consent (Doc. 33). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on May 2, 2018 (Doc. 36). During the change of plea, defendant pled guilty to Count 1 of the Indictment (Unlawful Possession of a Firearm by a Previously Convicted Felon), following a thorough colloquy with Judge Wilkerson. Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty (Doc. 35).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the

consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Gary C. Davison*, that Defendant Gary C. Davidson was fully competent and capable of entering an informed plea, that Defendant Davidson was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Defendant Davidson **GUILTY** on Count of the Indictment. The Court also **REMINDS** the parties that this matter is set for sentencing on August 24, 2018 at 10:00 AM.

    **IT IS SO ORDERED.**

Judge Herndon
2018.05.23
21:18:42 -05'00'

**United States District Judge**